In the Matter of JOSEPH ROEMHILD, JR., an Attorney and Counselor at Law.— The report of the learned official referee is confirmed and his opinion adopted. While we do not approve of the delay of the respondent in accounting to his client, nevertheless, under the circumstances of the case we think that the matter calls for no action on the part of this court. The action of the Erie County Bar Association in presenting the petition in this proceeding was justified by the evidence in its possession at the time, and its diligence should be commended, but the evidence given upon the hearing, as a whole, sustains the conclusions of the referee.

ANTONIO D'AMBROSIO, JOHN COGNETTO and THE HERKIMER NATIONAL BANK, Respondents, v. CENTRAL FIRE INSURANCE COMPANY OF BALTIMORE, Appellant.— Action severed; judgment and order reversec as to the insured, and a new trial granted as to the insured, with costs to appellant to abide the event; judgment and order affirmed as to the plaintiff Herkimer National Bank, upon the stipulation filed by said plaintiff bank, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO, JOHN COGNETTO and THE HERKIMER NATIONAL BANK, Respondents, v. NORTHERN ASSURANCE COMPANY, LIMITED, Appellant.— Action severed; judgment and order reversed as to insured, and a new trial granted as to insured, with costs to appellant to abide event; judgment and order affirmed as to plaintiff Herkimer National Bank, upon the stipulation filed by said plaintiff bank, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO, JOHN COGNETTO and THE HERKIMER NATIONAL BANK, Respondents, v. THE COMMERCIAL UNION FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Action severed; judgment and order reversed as to the insured, and a new trial granted as to the insured, with costs to appellant to abide the event; judgment and order affirmed as to plaintiff Herkimer National Bank, upon stipulation filed by said plaintiff bank, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO, JOHN COGNETTO and THE HERKIMER NATIONAL BANK, Respondents, v. THE GREAT AMERICAN INSURANCE COMPANY, NEW YORK, Appellant.— Action severed; judgment and order reversed as to the insured, and a new trial granted as to the insured, with costs to appellant to abide the event; judgment and order affirmed as to plaintiff Herkimer National Bank, upon stipulation filed by said plaintiff bank, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EDMUND CIESLIKOSKI, Respondent, v. ROSE CIESLIKOSKI, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JOHN F. BRAMER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

EDWARD OLDMAN and CHARLES D. MAGEE, Respondents, v. OLAF W. PETERSEN, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

GEORGE D. CADWELL, Respondent, v. SIMON RAZ, Appellant.— Judgment and